UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF CALIFORNIA

| | | |
|---|---|---|
| **Minors H.C. and A.C., et al.,** | ) | Case No. 1:21-cv-00142 NONE JLT |
| | ) | |
| Plaintiffs, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | TO AMEND THE SCHEDULING ORDER; |
| vs. | ) | DECLARATION OF KATHLEEN RIVERA |
| | ) | |
| **COUNTY OF KERN, et al.,** | ) | (Doc. 13) |
| Defendants. | ) | |
| | ) | |

[~~PROPOSED~~] ORDER

The court, having found good cause, and according to the Stipulation of counsel, HEREBY ORDERS that the Scheduling Order be Amended as follows:

| Discovery | Amended Date: |
|---|---|
| Discovery cut off: | 3/28/2022 |
| Expert Disclosure: | 4/14/2022 |
| Rebuttal Expert Disclosure: | 4/28/2022 |
| Expert Discovery Cut Off: | 5/30/2022 |
| Non Dispositive Motion Filing: | 6/14/2022 |
| Non-Dispositive Motions Hearing Date: | 7/15/2022 |
| Dispositive Motion Filing: | 7/29/2022 |
| Dispositive Motions Hearing Date: | 9/5/2022 |

| | |
|---|---|
| Pre-Trial Conference Date: | 1/5/2023 |

IT IS SO ORDERED.

Dated:   **December 8, 2021**               /s/ Jennifer L. Thurston
                                          CHIEF UNITED STATES MAGISTRATE JUDGE