**MARGO A. RAISON, KERN COUNTY COUNSEL**
Kathleen Rivera, Deputy (SBN 211606)
Office of the County Counsel, County of Kern
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805

**Attorneys for Defendant County of Kern**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| Minors H.C. and A.C., as successors in interest to GRACIANO CEBALLOS, by and through their Guardian Ad Litem DOLORES HERNANDEZ; ASHLEY CEBALLOS; EMMA CEBALLOS; and EDWARD CEBALLOS,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF KERN, DEPUTY KOLTE PAXSON; SGT. ADRIAN OLMOS; DEPUTY BRYAN EIDENSHINK SR.; DEPUTY NATHAN PUCILOWSKY; DEPUTY DWAYNE PERKINS; DEPUTY JESSICA ZAVALA and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-00142-JLT-BAK (SAB)<br><br>**STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER**<br><br>Pre-Trial Conf. Date: Jan. 5, 2023<br>Trial date: None set |

BY AND BETWEEN THE PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL OF RECORD:

This stipulation is entered into by and between the plaintiffs and the defendants, by and through their respective counsel, to modify the Scheduling Order in this matter, by continuing all dates by approximately 60 days.

1.　The parties have engaged in written discovery and have taken percipient witness depositions;

2. Counsel for the parties began discussing a resolution of this matter in December of 2021;

3. As a result of these settlement discussions, counsel agreed to cancel depositions which were previously on calendar for February of 2022;

4. Counsel for the plaintiff has encountered difficulty in reaching their clients to discuss the proposed resolution of this matter, despite due diligence;

5. Counsel wish to continue current scheduling order as set forth below, in order to give the parties time to resolve this matter, without engaging in unnecessary time and expense of discovery;

6. The parties have previously requested one amendment of the scheduling order.

Based on the forgoing the parties agree through counsel that good cause exists to amend the scheduling order as follows:

| Deadline | Currently | Proposed |
| --- | --- | --- |
| Discovery cut off: | 3/28/22 | 8/29/22 |
| Expert Disclosure: | 4/14/22 | 9/12/22 |
| Supp. Expert Disclosure: | 4/28/22 | 10/16/22 |
| Expert Discovery Cut Off: | 5/30/22 | 11/7/22 |
| Non Dispositive Motion Filing: | 6/14/22 | 11/21/22 |
| Non Dispositive Motion Hearing: | 7/15/22 | 12/19/22 |
| Dispositive Motion Filing: | 7/29/22 | 1/16/23 |
| Dispositive Motion Hearing: | 9/5/22 | 2/13/23 |
| Pre-Trial Conference Date: | 1/5/23 | 3/27/23 |

*(No trial date set)*

Dated:  March 16, 2022                MARGO A. RAISON, COUNTY COUNSEL

                                      By: /s/ Kathleen Rivera
                                          Kathleen Rivera, Deputy
                                          Attorneys for Defendants

Dated: March 16, 2022          GUIZAR, HENDERSON & CARRAZCO, L.L.P.

                                          By: */s/ Christian Contreras*
                                                     Christian Contreras,
                                                     Attorneys for Plaintiffs

### DECLARATION OF KATHLEEN RIVERA

I, KATHLEEN RIVERA, declare as follows:

1. I am the attorney assigned to this matter for the County of Kern. I am licensed to practice law in the State of California and the United States Eastern District Court.

2. I am thoroughly familiar with the facts as contained in this Declaration, and if called upon as a witness, I could and would competently testify to the matters set forth herein.

3. This case concerns the death of Graciano Ceballos, which occurred during his interaction with multiple Kern County Sheriff Deputies.

4. Pursuant to the scheduling order in this case (Doc. 7), counsel timely exchanged initial disclosures pursuant to F.R.C.P., Rule 26, on or about May 12, 2021.

5. Plaintiffs sent written discovery to defendants on or about February 17, 2021. Defendants responded, and supplemented their responses on or about August 10, 2021.

6. Defendants sent written discovery to plaintiffs, which plaintiffs responded to on or about October 4, 2021.

7. Defendants have obtained all records needed via subpoena from the following: decedent's employer; NMS Labs (for decedent's autopsy toxicology results), and medical records from three providers for plaintiff Emma Ceballos.

8. The parties took the depositions of percipient witnesses in October of 2021;

9. Counsel for the parties began discussing a resolution of this matter in December of 2021;

10. As a result of these settlement discussions, counsel agreed to cancel depositions which were previously on calendar for February of 2022;

11. Counsel for the plaintiff has encountered difficulty in reaching their clients to discuss the proposed resolution of this matter, despite due diligence;

12. Counsel wish to continue current scheduling order as set forth in the attached Stipulation, in order to give the parties time to resolve this matter, without engaging in unnecessary time and expense of discovery;

13. The parties have previously requested one amendment of the scheduling order.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed:

Dated:   March 16, 2022                              /s/ Kathleen Rivera
                                                     Kathleen Rivera
                                                     Attorney for Defendants

# ORDER

The court, having found good cause, and according to the Stipulation of counsel, HEREBY ORDERS that the Scheduling Order be Amended as follows:

| Deadline | Amended Date: |
|---|---|
| Discovery cut off: | 8/29/2022 |
| Expert Disclosure: | 9/12/2022 |
| Supp. Expert Disclosure: | 10/16/2022 |
| Expert Discovery Cut Off: | 11/7/2022 |
| Non Dispositive Motion Filing: | 11/21/2022 |
| Non Dispositive Motion Hearing: | 12/19/2022 |
| Dispositive Motion Filing: | 1/16/2023 |
| Dispositive Motion Hearing: | 2/13/2023 |
| Pre-Trial Conference Date: | 3/31/2023 |

IT IS SO ORDERED.

Dated: __**March 17, 2022**__

UNITED STATES MAGISTRATE JUDGE