# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.C., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00142-JLT-BAK<br><br>ORDER GRANTING MOTION FOR TELEPHONIC CONFERENCE AND SETTING STATUS CONFERENCE FOR SEPTEMBER 28, 2022 AT 10:00 A.M.<br><br>(ECF No. 26) |

    Plaintiffs H.C. and A.C., as successors in interest to Graciano Ceballos, by and through their guardian ad litem Dolores Hernandez; and adult Plaintiffs Ashley Ceballos, Emma Ceballos, and Edward Ceballos, proceed in this action alleging excessive deadly force by sheriff deputies against Graciano Ceballos, and violations of various federal civil rights and state laws. (ECF No. 2-1 at 2-34.)

    On August 8, 2022, the Court granted a motion for withdrawal of counsel, and Plaintiffs' former counsel were terminated from this action. (ECF No. 25.) Plaintiffs are now proceeding *pro se*, meaning without representation by attorneys. On September 12, 2022, Defendants filed a request for a status conference. (ECF No. 26.) Defendants submit that it would be helpful for the *pro se* Plaintiffs to have a status conference to discuss continuation of the scheduling deadlines.

    Given the *pro se* status of the parties, and the fact that two of the Plaintiffs are minors

represented through their guardian ad litem, the Court finds it prudent to hold a status conference to discuss scheduling and other matters.

All parties shall appear via video at the conference. Plaintiff H.C and A.C's guardian ad litem, Dolores Hernandez, shall appear on behalf of the minor Plaintiffs. The videoconference login information is provided below. The parties may also contact the Courtroom Deputy Clerk Victoria Gonzales at vgonzales@caed.uscourts.gov or (559) 499-5672, with any questions or to obtain assistance in appearing for the status conference. The various ways the parties may attend the conference is as follows:

Join ZoomGov Meeting
https://www.zoomgov.com/j/1600513814?pwd=dVIyTkwzeXhENFBXbVc4SnN3bFY0QT09

**Meeting ID: 160 051 3814**
**Passcode: 536660**
One tap mobile
+16692545252,,1600513814# US (San Jose)
+16692161590,,1600513814# US (San Jose)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 669 216 1590 US (San Jose)
    +1 551 285 1373 US
    +1 646 828 7666 US (New York)
Meeting ID: 160 051 3814

Accordingly, IT IS HEREBY ORDERED that a status conference is set before United States Magistrate Judge Stanley A. Boone on **September 28, 2022, at 10:00 a.m.** in Courtroom 9, to be held by videoconference.

IT IS SO ORDERED.

Dated:   **September 16, 2022**

UNITED STATES MAGISTRATE JUDGE