# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.C., et al., | Case No. 1:21-cv-00142-JLT-BAK |
| Plaintiffs, | ORDER MODIFYING SCHEDULING ORDER AND VACATING PRETRIAL CONFERENCE |
| v. | |
| COUNTY OF KERN, et al., | (ECF Nos. 19, 27, 28) |
| Defendants. | |

Plaintiffs H.C. and A.C., as successors in interest to Graciano Ceballos, by and through their guardian ad litem Dolores Hernandez; and adult Plaintiffs Ashley Ceballos, Emma Ceballos, and Edward Ceballos, proceed in this action alleging excessive deadly force by sheriff deputies against Graciano Ceballos, and violations of various federal civil rights and state laws. (ECF No. 2-1 at 2-34.)

On August 8, 2022, the Court granted a motion for withdrawal of counsel, and Plaintiffs' former counsel were terminated from this action. (ECF No. 25.) Plaintiffs are now proceeding *pro se*, meaning without representation by attorneys. On September 12, 2022, Defendants filed a request for a status conference. (ECF No. 26.) On September 16, 2022, the Court set a status conference to be held on September 28, 2022. (ECF No. 27.) The order contained information on multiple methods of attending the status conference, however, Plaintiffs did not appear via videoconference, nor in person at the courthouse on September 28, 2022. (ECF Nos. 27, 28.)

Based on the matters discussed with Defendants at the status conference, the Court finds good cause to extend the expert discovery and dispositive motion filing deadlines in this action to allow for all parties to reassess the posture of this action following withdrawal of Plaintiffs' counsel.  The Court shall also vacate the pretrial conference at this time.

Accordingly, IT IS HEREBY ORDERED that the scheduling order, most recently amended on March 17, 2022 (ECF No. 19), is further amended as follows:

1. Expert Disclosure Deadline: March 13, 2023;
2. Supplemental Expert Disclosure Deadline: April 13, 2023;
3. Expert Discovery Cutoff Deadline: May 5, 2023;
4. Dispositive Motion Filing Deadline: July 17, 2023; and
5. The Pretrial Conference currently set for March 31, 2023, in Courtroom 4, is VACATED.

IT IS SO ORDERED.

Dated:   **September 28, 2022**

UNITED STATES MAGISTRATE JUDGE