UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.C., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-00142-JLT-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO ABIDE BY COURT ORDERS AND FAILURE TO PROSECUTE<br><br>(Doc. 33) |

　　　　On October 19, 2022, following a show cause hearing, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed for failure to obey court orders and for failure to prosecute. (Doc. 33.) The findings and recommendations were served on plaintiffs and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) No objections have been filed, and the time in which to do so has passed.

　　　　According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis. *See Arzola v. City of San Bernardino*, No. EDCV152370PAKKX, 2018 WL 6163129, at *1 (C.D. Cal. Aug. 29, 2018) (following failure to comply with order to either obtain relief from automatic stay from bankruptcy court or file a motion for approval of minors' compromise, dismissing without

prejudice for failure to comply with the court order and for failure to prosecute).

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on October 19, 2022 (Doc. 33) are **ADOPTED IN FULL**.
2. This action is **DISMISSED** without prejudice for failure to obey court orders and for failure to prosecute.
3. The Clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated: __December 14, 2022__

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE